Aug 01 08 08:45p    Broward Sheriff's Office    (954)831-8327    p.1
Case 0:08-cr-60207-WPD   Document 1   Entered on FLSD Docket 08/04/2008   Page 1 of 3
Aug 01 08 08:40p    Sally Barnett Salameh    9549418087

AO 91 (Rev. 5/85) Criminal Complaint    AUSA WAUGH-FARRETTA    S/A Ben Murphy / (305) 994-4970

## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

JACQUES HERNES TELCY

DEFENDANT

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-6282-RSR

I, the undersigned complainant, being duly sworn states the following is true and correct to the best of my knowledge and belief. On or about August 1, 2008, at Broward County, in the Southern District of Florida, the defendant did knowingly and intentionally possess with intent to distribute a controlled substance, that is, fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly known as "crack" cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

I further state that I am a Special Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Signature of Complainant
Benjamin J. Murphy, S/A, DEA
August 1, 2008

Sworn to before me, and subscribed in my presence,

8-1-08
Date

at Fort Lauderdale, Florida
City and State

Robin S. Rosenbaum, United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Benjamin J. Murphy (the "Affiant"), being duly sworn, depose and state:

1. I am employed by the Drug Enforcement Administration as a Special Agent. I am assigned to the Mobile Enforcement Team with the responsibility of investigating violations of federal laws, including violation of the Controlled Substances Act. During my employment, I have participated in investigations involving the distribution and possession with intent to distribute controlled substances, including cocaine base, more commonly known as "crack" cocaine.

2. The facts contained in this affidavit are based on my own personal knowledge, as well as information provided to me by other law enforcement officers. This affidavit is submitted for the purpose of establishing probable cause in support of a complaint for the arrest of JACQUES HERNES TELCY, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

## BACKGROUND

3. On August 1, 2008, at approx. 1:44 p.m., Broward Sheriff's Detective Osvaldo Tianga received information from a confidential informant, who has proven to be reliable, indicating that an unidentified male known as "Flea" was currently transporting cocaine and/or cocaine base throughout Broward County. The informant described Flea as a black male, medium build, and about 30 years of age. The informant also advised Detective Tianga that "Flea" operated a Ford Edge Sports Utility Vehicle (SUV) and resided within a gated apartment community near 441 and State Road 84. Based on the description of the apartment community and its location, Detective Tianga knew this apartment community to be the "New River Cove" apartments, located at 3881 West State Road 84, Fort Lauderdale, FL.

4. Law enforcement immediately responded to the New River Cove Apartments. At about 2:00 p.m., law enforcement observed a black Ford Edge SUV enter the apartment complex through the *"residents only"* security entrance. The SUV was operated by an individual who matched the description provided by the CI. The vehicle was followed until it was parked in a parking space. At that time, law enforcement dressed in plainly marked police attire, approached the vehicle and the driver. When the officers neared the vehicle an odor of burnt marijuana was detected by Detectives Tianga and Ronald Miller emanating from within the vehicle. The driver identified himself as Jacques Hernes Telcy (TELCY) and advised the officers where he lived by pointing down a hallway of the apartment building. Law enforcement requested and received consent to search the vehicle.

5. During a search of the vehicle, Detective Tianga recovered a partially smoked marijuana cigarette from the rear passenger seat. Also recovered were numerous sandwich

1

Aug 01 08  Broward Sheriff's Office  (954)831-...  p.2
Aug 01 08 08:29p  Sally Barnett Salameh
Case 0:08-cr-60207-WPD  Document 1  Entered on FLSD Docket 08/04/2008  Page 3 of 3

size bags, caked in what appeared to be cocaine residue, from the cargo area of the SUV. The substance field tested positive for the presence of cocaine. In addition, a piece of mail with the address of 3881 West State Road 84, Apartment 102, Fort Lauderdale, FL., was located in the vehicle.

6. TELCY confirmed that he resided at Apartment 102. Detective Miller, in the presence of Detective Tianga and your Affiant, requested and obtained a verbal consent to search Apartment 102. TELCY directed law enforcement to the direction of apartment 102. A key in TELCY's possession was used to gain access to the apartment.

7. Upon entry to the apartment, with TELCY present, law enforcement initiated a search. Apartment 102 was found to be a one bed room apartment. The following was discovered: (1) approximately 70 grams of a rocky substance which appeared to by "crack" cocaine (which field tested positive for the presence of cocaine) along with approximately 17 grams of a white powdery substance (which field tested positive for the presence of cocaine) were found in a kitchen drawer; (2) approximately 690 grams of a white chunky substance (which field tested positive for the presence of cocaine) found in a safe located in the master bedroom closet; (4) approximately 380 grams of white substance (which field tested positive for the presence of cocaine) found in a hallway closet; (5) assorted utensils with residue; (6) scale with residue from the kitchen counter; (7) two kilogram presses; (8) numerous zip-lock bags of varying sizes; and (9) a loaded .45 caliber semi auto handgun bearing the name "Witness," from under the bed.

8. Based on the above facts, your affiant hereby requests that the Court find probable cause for the arrest of JACQUES HERNES TELCY for possession with intent to distribute a controlled substance, that is fifty (50) grams or more of a substance containing a detectable amount of cocaine base, more commonly known as "crack" cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

8\1\2008
Date

Benjamin J. Murphy
Special Agent
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED
THIS 1ST DAY OF AUGUST, 2008

ROBIN S. ROSENBAUM
U.S. Magistrate Judge
Southern District of Florida

2