AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Southern** DISTRICT OF **Florida**

USA v. Jacques Heines Telcy

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 08-60207-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Robin Waugh-Jauetta | Jonathan Rosen |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/5(6) hearing 1/6/09 | BJB Rychoff | Dee Carlton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/6/09 | | | W-1 Sophia Peters |
| 1 | | | ✓ | ✓ | fingerprint card |
| | | | | | W-2 Ali Berisha |
| 2a | | | ✓ | ✓ | Certified copies of convictions |
| 3a | | | ✓ | ✓ | " " " |
| 4a | | | ✓ | ✓ | " " " |
| | | | | | W-3 Andrea Scaglione |
| 2b | | | ✓ | ✓ | Fingerprint examination Analysis Report |
| 3b | | | ✓ | ✓ | " " " |
| 4b | | | ✓ | ✓ | " " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages